

Anne M. Collart
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4737
acollart@gibbonslaw.com

August 1, 2025

**VIA ECF**

Hon. Stacy D. Adams, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *D.R.M. v. United States*, Dkt. No. 25-cv-696 (KSH) (SDA)

Dear Judge Adams,

    This firm, along with the co-counsel, represents Plaintiff D.R.M. in the above-captioned matter. I write jointly with the Government to request an adjustment to the briefing schedule for the Government's motion to dismiss. ECF No. 25. The Complaint in this matter was filed on January 23, 2025, and the summons issued on April 7, 2025. With Plaintiff's consent, the Government sought and received extensions of time by which to answer or otherwise respond to the Complaint, ultimately filing its motion to dismiss on July 18, 2025; as a result Plaintiff's opposition is currently due on August 4, 2025, and the Government's reply brief is due on August 11, 2025. *See* ECF Nos. 11, 19, 25. Due to the complexity of the issues in this case, as well as counsel's previously scheduled commitments, including parental leave and vacations, the parties have conferred and agreed to a proposed amended briefing schedule. Accordingly, we respectfully request that the Court modify the current deadlines such that Plaintiff be required to file an opposition brief on or before November 3, 2025, and the Government file any reply brief on or before December 15, 2025.

    If the foregoing meets with Your Honor's approval, we respectfully request that the Court "so order" this letter in the space indicated below and direct its entry onto the docket at Your Honor's convenience. Of course, if the Court has any questions or concerns, please do not hesitate to contact me. Thank you for the Court's consideration of this request.

SO ORDERED this day of August 5, 2025
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.
**Plaintiff's opposition due on or before 11/3/2025.**
**Government's reply, if any, due on or before 12/15/25.**

Respectfully submitted,

*s/Anne M. Collart*
Anne M. Collart, Esq.

G<small>IBBONS</small> P.C.

August 1, 2025
Page 2

cc:   All Counsel of Record (via ECF)