

Anne M. Collart
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102
Direct: 973-596-4737 Fax: 973-639-8389
acollart@gibbonslaw.com

October 30, 2025

**VIA ECF**
Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom 9
Newark, NJ 07102

  Re: D.R.M. v. United States, Civ. No. 2:25-cv-00696 (KSH)(SDA)

Dear Judge Hayden:

  This firm, along with co-counsel, represents Plaintiff D.R.M. in the above-captioned matter. I write to respectfully request leave to file an overlength brief in opposition to the Government's Motion to Dismiss, commensurate with the page extension granted to the Government. ECF No. 25. Specifically, we seek to file a brief in opposition of up to forty-five (45) pages, which is an additional fifteen (15) pages above what Local Rule 7.2(d) permits. Although we have made every effort to streamline our arguments, we respectfully submit that the additional pages are necessary to adequately address each of Defendant's arguments in a way that we believe will most assist the Court. The Government has graciously consented to this request.

  If the foregoing meets with Your Honor's approval, we respectfully request that the Court "so order" this letter in the space indicated below and direct its entry onto the docket at Your Honor's convenience. Of course, if the Court has any questions or concerns, please do not hesitate to contact me. Thank you for the Court's consideration of this request.

            Respectfully submitted,

            *s/ Anne M. Collart*
            Anne M. Collart

SO ORDERED:

_____
Honorable Katharine S. Hayden
United States District Judge