

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

___

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Andrew Boccio*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
andrew.boccio@usdoj.gov

main: (973) 645-2700
direct:(973) 645-2781

November 21, 2025

**Via Electronic Filing**
Hon. Katherine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *D.R.M. v. United States*, No. 25-696 (KSH)(SDA)
            Request to File Reply Brief by January 15, 2026

Dear Judge Hayden:

      This Office represents the United States in the above Federal Tort Claims Act lawsuit. With Plaintiffs' consent, we respectfully write to request leave for the United States to file a reply in further support of its pending motion for dismiss by January 15, 2026. This is United States' first request to extend its reply deadline, which was December 15, 2025 prior to the recent government shutdown.

      We respectfully submit that good cause exists to grant this request for several reasons. First, when Plaintiffs filed their opposition brief on November 3, 2025, Standing Order 2025-06 and its amendment stayed certain civil cases involving the United States during the shutdown except those "involving the safety of human life or the protection of property," 31 U.S.C. § 1342, such as a high volume of emergent applications seeking release from immigration detention. *See* ECF No. 35.[1] Absent further court order, we respectfully submit that the Standing Order tolled the United States' reply deadline for the ten days between the filing of Plaintiffs' opposition and the reopening of the government on November 13. Due to the Court holidays on December 25 and 26, that would make the United States' current reply deadline December 29, 2025 under Rule 6(a)(2)(C).

___

[1] On October 23, 2025, the Court varied the operation of the Standing Order by directing Plaintiffs to file their opposition brief by November 3, 2025. ECF No. 36. The Court further indicated that the United States' reply deadline would be addressed at a later date. *Id.*

Second, there is good cause to grant a modest further extension, until January 15, 2026. The two AUSAs assigned to this matter are currently out of the office on family leave and are expected to return in December and early January, respectively. Moreover, this extension will allow sufficient time to coordinate with the several federal agencies implicated by this lawsuit, while accounting for leave schedules associated with the end of the calendar year. Finally, this Office continues to experience an influx of competing and emergent deadlines in civil immigration matters. We therefore respectfully submit that an extension of the United States' reply deadline until January 15, 2026 is necessary to prepare a comprehensive brief that reflects the complex nature of the issues in this case, while meeting the urgent briefing in other matters.

We thank the Court for its consideration of this unopposed request.

    Respectfully submitted,

    TODD BLANCHE
    U.S. Deputy Attorney General

    ALINA HABBA
    Acting United States Attorney
    Special Attorney

By:    /s/ *Andrew Boccio*
    ANDREW BOCCIO
    DAVID INKELES
    Assistant United States Attorneys
    *Attorneys for the United States*

cc:    All counsel of record (via ECF)