

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*David Inkeles*      970 Broad Street, Suite 700     main: (973) 645-2700
*Assistant United States Attorney*     Newark, New Jersey 07102     direct:(973) 645-2813
    david.inkeles@usdoj.gov

January 12, 2026

**Via ECF**
Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

       Re:    ***D.R.M. v. United States***, Civ. No. 25-696 (KSH) (SDA)
             **Unopposed Request to File Overlength Reply**

Dear Judge Hayden:

      This Office represents the United States in this Federal Tort Claims Act ("FTCA") lawsuit arising from Plaintiffs' detention and separation by federal immigration officials in Hidalgo, Texas, in March 2018. We respectfully write to request leave to file an overlength reply brief in further support of the United States' motion to dismiss, which is due January 15, 2026. We conferred with Plaintiffs' counsel, who indicated that they do not object to this request.

      We respectfully submit that there is good cause to grant this request. As the Court is aware, this case implicates complex legal questions related to sovereign immunity and subject-matter jurisdiction under the FTCA. To allow the parties to fully address these issues, the Court granted leave for the United States to file an overlength moving brief as well as leave for Plaintiffs to file an overlength opposition brief. *See* ECF No. 21, 38. The United States' reply must respond to legal arguments regarding the jurisdictional issues as well as new arguments raised for the first time in the opposition, including choice-of-law questions. We respectfully seek permission to file a 25-page reply brief to adequately address these issues.

      We thank the Court for its consideration of this unopposed request.

                                             Respectfully submitted,

                                             TODD BLANCHE
                                             U.S. Deputy Attorney General

|  |  |
|---|---|
| SO ORDERED this day of January 13, 2026<br>s/Katharine S. Hayden<br>Hon. Katharine S. Hayden, U.S.D.J. | JORDAN FOX<br>Chief of Staff & Associate Deputy Attorney General<br>Special Attorney<br><br>By: /s/ David Inkeles<br>DAVID INKELES<br>ANDREW BOCCIO<br>Assistant United States Attorneys<br>*Attorneys for the United States* |

cc: All counsel of record (via ECF)

2