

**Anne M. Collart**
Partner
+1 973.596.4737 (t)
acollart@fbtgibbons.com

June 26, 2026

**VIA ECF**

Honorable Stacey D. Adams, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    ***D.R.M. et al. v. United States, Dkt. No. 25-cv-696 (KSH)(SDA)***

Dear Judge Adams:

This firm, along with the New York Legal Assistance Group (NYLAG) and Esbrook P.C., represents Plaintiffs in the above-referenced matter. We write pursuant to Local Civil Rule 101.1(c)(5) to respectfully request that the Court approve the withdrawal of Kirsten Williams of Esbrook P.C. as *pro hac vice* counsel for Plaintiffs. Plaintiffs will continue to be represented by FBT Gibbons LLP, NYLAG, and Esbrook P.C. in this action.

If this meets with Your Honor's approval, we respectfully request that the Court "So Order" this letter in the space provided below. Should Your Honor have any questions or concerns, please do not hesitate to contact me.

                Respectfully submitted,

                s/ Anne M. Collart
                Anne M. Collart

cc:      All counsel of record (via ECF)

                SO ORDERED:

                _____
                Honorable Stacey D. Adams, U.S.M.J.