ROBERT FRAZER
United States Attorney
ALEXANDER JUDKA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2825
Alexander.Judka@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.R.M., on his own behalf and on behalf of his minor child, J.J.R.S., *Plaintiffs*, v. UNITED STATES OF AMERICA, *Defendant*. | HON. KATHARINE S. HAYDEN, U.S.D.J. HON. STACEY D. ADAMS, U.S.M.J. Civil Action No. 26-696 (KSH) (SDA) **NOTICE OF APPEARANCE** |

The undersigned Assistant United States Attorney, Alexander Judka, hereby enters a notice of appearance as an attorney for Defendant United States of America in the above-referenced matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Alexander Judka*
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for the United States*

Dated:  July 15, 2026